COONS, APPELLANT, *v.* BROWNLEE, D.B.A. RESTORATION
SPECIALTIES COMPANY, APPELLEE.

[Cite as *Coons v. Brownlee* (1998), 81 Ohio St.3d 1222.]

(No. 96–2803—Submitted December 9, 1997—Decided February 11, 1998.)

---

*Rankin M. Gibson,* for appellant.

*Heaton & Kellogg–Martin* and *Mark A. Losey,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals and reinstate the judgment of the trial court.